# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

| | | | |
|---|---|---|---|
| **DEFT:** | DAVID ROBERT SUTTON (J) | **CASE NO:** | 15-30-FJL |
| **AUSA:** | Ted Cooperstein *present* | **ATTORNEY:** | |
| **AGENT:** | James Burroughs, ATF *present* | **VIOL:** | 26:5861(d) and (k) |
| **PROCEEDING:** | Initial Appearance | **BOND REC:** PTD | **SET:** |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present without counsel and advised of charges*

*Deft sworn and request additional time to confer with family member (last night, girlfriend contacted attorney James Eisenberg, Esquire -WPB)*

*Government recommending PTD and ready today for Detention Hearing*

*Court grants Deft's ore tenus motion to continue, Report re: Counsel and Detention Hearing set Fri., 3/13/15 at 9:30 a.m.*

*Court orders Defendant temporary detained as risk of flight*

**DISPOSITION: I/A;RRC,PTD,Prelim/Arrset**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 3/13/15 | 9:30 a.m. | Duty Magistrate(Lynch) | Fort Pierce |
| PTD HEARING SET: | 3/13/15 | 9:30 a.m. | Duty Magistrate(Lynch) | Fort Pierce |
| PRELIM/ARRAIGNMENT SET: | 3/20/15 | 9:30 a.m. | Duty Magistrate(Lynch) | Fort Pierce |
| FINAL EVID HRNG VIOLA: | | | | |

DATE: 3/11/2015   START TIME: 9:30 A.M.   Time in Court: 8 Minutes   (DAR: 09.32.06 )