UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-30-FJL

UNITED STATES OF AMERICA
    Plaintiff,
v.

DAVID ROBERT SUTTON
    Defendant,
_____/

FILED by _CMO_ D.C.
MAR 1 1 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON INITIAL APPEARANCE

AUSA _____Ted Cooperstein_____    Language: **ENGLISH**
Agent _____James Burroughs, ATF___    DAR: _____09.32.06_____

    The above-named defendant having been arrested and appeared before this court for an initial appearance on _March 11, 2015_ and proceedings having been held in accordance with **F.R.C.P. 5(c)(3) or 40(a)**, it is thereupon

    **ORDERED** as follows:
1. _____No One_____ appeared as <u>permanent</u> counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _9:30_ A.M. on _____ Fri., March 13, 2015____.
4. <u>Preliminary Hearing/Arraignment set for Fri., 3/20/15 at 9:30 a.m. before Judge Lynch in Fort Pierce, FL.</u>
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____**Risk of flight**_____.
  A detention hearing, pursuant to 18 U.S.C. Section 3142(f)<u> set 3/13/15 @9:30 a.m. before Judge Lynch.</u>
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   **Court orders Defendant temporary detained** _____
_____

  This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ___ a. Surrender all passports and travel document to the Pretrial Services Office.
   ___ b. Report to Pretrial Services as follows:_____times a week by phone, _____time a week in person;
      other: __as directed by Pretrial Services_____

   ___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:
_____
_____

   This bond was set:    At Arrest _____
                                  On Warrant __XXX__
                                  After Hearing_____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

___ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Ft. Pierce, Florida this 11th day of March, 2015.

                                          FRANK J. LYNCH, JR.
                                          UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney (FTP)
   Defendant
   Defendant's counsel
   U.S. Marshal Service
   U.S. Probation/U.S. Pretrial Services