UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                                CASE NO.      15-mj-00030-FJL

v.

DAVID R. SUTTON,

      Defendant.

_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW, JAMES L. EISENBERG, and files this appearance as counsel for the above named Defendant.  Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Dated:   3/12/15

                                 /S/    JAMES L. EISENBERG
                                 JAMES L. EISENBERG (Florida Bar No.  216615)
                                 E-mail Address:  bigjimlaw@aol.com
                                 EISENBERG & FOUTS, P.A.
                                 250 Australian Avenue South, Suite 704
                                 West Palm Beach, FL 33401
                                 561/659-2009
                                 Facsimile: 561/659-2380
                                 Attorney for Defendant DAVID R. SUTTON