AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID ROBERT SUTTON | ) | Case No.   15- 30-FJL |
| | ) | |
| Defendant. | ) | |

FILED ___ D.C.
MAR 1 6 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DAVID ROBERT SUTTON ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Receipt/possession of an unregistered automatic firearm;
Receipt/possession of an automatic firearm that has been imported into the U.S.
in violation of 26 U.S.C § 5844

Title 26, U.S.C. §§ 5861(d) and 5861(k)

Date: 3/11/15

City and state:     Fort Pierce, Florida

*Issuing officer's signature*

Frank J. Lynch, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3-11-15 , and the person was arrested on *(date)* 3-10-15
at *(city and state)* Stuart, FL by ATF .

Date: 3-12-15

*Arresting officer's signature*
Scott Tray Dusy For James Burroughs ATF
*Printed name and title*

9754003                                         1504 0312 2067 -J