FILED by _MV_ D.C.

MAR 16 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America          Case # __15-30-FJL__

Vs

__DAVID R. SUTTON__               Prisoner # __07520-104__

*************************************************

To:   Clerk's Office, United States District Court: (Circle One)

MIAMI     FORT LAUDERDALE     WEST PALM BEACH     (FORT PIERCE)

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*************************************************

All Items are to be completed. Information not applicable or unknown to be indicated by "N/A"

1). Date and Time of Arrest __03/10/2015__
2). Language(s) spoken __ENGLISH__
3). Offenses(s) charged __26 USC 5861__
4). U.S. Citizen __YES__
5). Date of Birth __1_____1959__
6). Type of charging document: (Check one)

    ☐ Indictment     ☒ Complaint to be filed/already filed

    ☐ Bench Warrant for failure to Appear

    ☐ Probation Violation Warrant

    ☐ Parole Violation Warrant

    ☐ Pretrial Services Warrant

Case # _____

Originating District _____

Copy of Warrant left with booking Officer:  ☐ YES   ☒ NO

7). Amount of Bond _____ Who set Bond _____
8). Arresting Agent __James Burroughs__ Date __3/10/15__
9). Agency __ATF__ Phone __772.332.7773__
10). Remarks: _____