# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

**DEFT:** DAVID ROBERT SUTTON (J)   **CASE NO:** 15-30-FJL

**AUSA:** Ted Cooperstein *present*   **ATTORNEY:** James Eisenberg (Retained-Trial) *present*

**AGENT:** James Burroughs, ATF   **VIOL:** 26:5861(d) and (k)

**PROCEEDING:** RptRe:Cnsl and Detention Hearing   **BOND REC:** PTD   **SET:**

1) Do not violate any law.
2) Appear in court as directed.
X 3) Surrender and/or do not obtain passports/ travel documents.
X 4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____Treatment as deemed necessary.
X 6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
X 8) No contact with victims/witnesses.
X 9) No firearms.
10) Curfew: _____.
X11) Travel extended to SD/FL and District of Wisconsin
X12) Additional conditions: Reside at current address on bond papers, Deft nor co-signature sell, pledge or mortgage property and Deft refrain from water craft vessel.

*Deft present with retained counsel, James Eisenberg, Esquire*

*Defense counsel notes Notice of Appearance form should indicate retained for Trial purposes only (Deft advised of changes and an Amended Notice of Appearance form executed in open Court)*

*Parties have agreed to $50,000 Corporate Surety bond co-signed by fiancé, report to Pretrial Services 3x/week, surrender passport and No access to boat*

*Court sets $50,000 10% Cash bond with special conditions and co-signed by fiancé, Jitka Hanakova*

*Deft to remain in custody until monies are posted with Clerk of Court*

**DISPOSITION:** RRC;Statusre:PTDhrng&Bondset

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD HEARING SET:**

**PRELIM/ARRAIGNMENT SET:**   3/20/2015   9:30 a.m.   Duty Magistrate(Lynch)   Fort Pierce

**FINAL EVID HRNG VIOLA:**

DATE: 3/17/2015   START TIME: 9:30 A.M.   Time in Court: 10 Minutes   (DAR: 09.55.11)