UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,

                                CASE NO.      15-mj-00030-FJL

v.

DAVID R. SUTTON,

       Defendant.

_____/


**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT HEARING**


COMES NOW the Defendant, DAVID R. SUTTON, by and through undersigned counsel, and moves this Court to continue the arraignment hearing presently scheduled for Friday, March 20, 2015.  In support of this motion the following is presented:

1.    The Defendant, DAVID R. SUTTON, has been arrested for the charges of receipt/possession of an unregistered automatic firearm and receipt/possession of an automatic firearm that has been imported into the United States, all in violation of Title 26, U.S. Code, Sections 5861(d) and 5861(k).

2.  Arraignment is presently scheduled for Friday, March 20, 2015.

3.  The parties agree that the arraignment should be continued to Monday, March 23, 2015. There are conditions precedent between the parties that must be met prior to arraignment.

4.  Counsel has discussed this motion with Assistant United States Attorney Theodore Cooperstein, who stated that he does not object to the granting of this motion.

5.  Counsel has discussed this motion with Defendant, DAVID SUTTON, who agrees that

the arraignment hearing should be continued as requested and that the time for the continuance shall

be excludable time under the Federal Speedy Trial Act.


WHEREFORE, the Defendant, DAVID R. SUTTON, respectfully requests this Court grant

this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2015, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record in this case, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not

authorized to receive electronically Notices of Electronic filing.


/S/    JAMES L. EISENBERG
JAMES L. EISENBERG (Florida Bar No.  216615)
E-mail Address:  bigjimlaw@aol.com
EISENBERG & FOUTS, P.A.
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009
Facsimile: 561/659-2380
Attorney for Defendant David R. Sutton

2