UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-30-FJL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID R. SUTTON,

    Defendant.
_____/



FILED by ___ D.C.

MAR 17 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT [D.E. #13]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion, noting that it is unopposed by counsel for the government and that counsel for the Defendant states that he has conferred with the Defendant who is in agreement with the requested continuance, and this Court being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED** and the arraignment in this matter presently scheduled for March 20, 2015 is hereby **RE-SET for MONDAY, MARCH 23, 2015, at 9:30 a.m.**, at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway 1, Fort Pierce, Florida, before the undersigned United States Magistrate Judge.

**DONE AND ORDERED** this _17th_ day of March, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Theodore M. Cooperstein
James L. Eisenberg, Esq.